IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  22-20367 CMB |
| | ) | Chapter 13 |
| Patricia Dugan | ) | Docket No. |
| *Debtor* | ) | |

## NOTICE OF DEATH OF DEBTOR- CLARIFIED

AND NOW, comes the Debtor, Patricia Dugan, by and through her attorney, Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1) This case was filed on March 3, 2022, when the Debtor filed for Relief under Chapter 13 of the Bankruptcy Code.
2) The Debtor met with her attorney, signed all of the filing documents herself in wet ink, and signed her retention letter.  The Debtor was alive when the case was filed.
3) The Debtor attended her 341 meeting of creditors herself on May 23, 2022.
4) Sometime after the 341 meeting of creditors was held on May 23, 2022, and the time the relief from stay motion was filed in November 2022, the Debtor passed away. Debtor's counsel was informed of the Debtor's passing bbye the surviving daughter, Brenda, during November 2022.
5) It appears that this Debtor did not have an obituary filed with the local papers and a copy of her death certificate has been requested from the family.
6) The obituary that was attached to the Notice filed at docket no. 47 is incorrect.  It is for a person with the same first and last name but a different middle initial and a different birthday.
7) The case was filed as a chapter 13 to halt a sheriff sale and allow the very much alive debtor the best opportunity to save her home from foreclosure at that point.  When the case was filed, the Debtor was alive and mentally capable.
8) The debtor's counsel apologizes for the confusion and the filing of the wrong obituary.

WHEREFORE, the Debtor, Patricia Dugan, respectfully files this clarified Notice of Death.

                    Respectfully submitted,

December 12, 2022          /s/ Kenneth Steidl
Date:                         Kenneth Steidl, Esquire
                              Attorney for the Debtor
                              STEIDL & STEINBERG
                              Suite 2830, Gulf Tower
                              707 Grant Street
                              Pittsburgh, PA 15219
                              (412) 391-8000
                              Ken.steidl@steidl-steinberg.com
                              PA I.D. No. 34965