**Date: 12/13/2022 10:00 am**

In re:   Patricia J. Dugan

                                             **Bankruptcy No. 22-20367-CMB**
                                             **Chapter: 13**
                                             **Doc. # 42**

**Appearances:**  BY ZOOM:  Ronda Winnecour, Brian Nicholas, Lauren Lamb

**Nature of Proceeding:** #42 Motion For Relief From The Automatic Stay & Co-Debtor Stay

**Additional Pleadings:** #46 Response by Chapter 13 Trustee
                                 #49 - Notice of Death of Debtor - Clarified

**OUTCOME:** Hearing held.  No payments since June 13, 2022.  Trustee suggests dismissal or conversion.  Attorney Lamb, Attorney Nicholas, and Trustee to meet by end of December, 2022, to decide how to proceed.  Lauren Lamb to file Status Report on or before January 5, 2023.   Hearing continued to January 19, 2023 at 2:30 p.m. via Zoom.   The Court will consider potential conversion that day.

                                          **Carlota Böhm**
                                           **U.S. Bankruptcy Judge**

                                          FILED
                                          12/13/22 3:32 pm
                                          CLERK
                                          U.S. BANKRUPTCY
                                          COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20367-CMB |
| Patricia J. Dugan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Dec 13, 2022 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia J. Dugan, 309 Delaware Ave., North Versailles, PA 15137-1924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

**Name**                **Email Address**

Brian Nicholas
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                        on behalf of Creditor County of Allegheny jhunt@grblaw.com

Kenneth Steidl
                        on behalf of Debtor Patricia J. Dugan julie.steidl@steidl-steinberg.com
                        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
                        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6