UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Patricia J. Dugan | BK. NO. 22-20367 CMB |
| Debtor(s) | CHAPTER 13 |
| | |
| PNC BANK, NATIONAL ASSOCIATION, | Related to Document Nos. 42, 43, 46, 49, 50 |
| its successors and/or assigns | Hearing Date: January 19, 2023 @ |
| Movant | |

v.

Patricia J. Dugan
   Respondent
     And
William E. Dugan
   Co-Mortgagor
Ronda J. Winnecour, Trustee
   Additional Respondent

<u>STATUS REPORT IN ACCORDANCE WITH THE
HEARING DIRECTIVES HELD ON DECEMBER 13, 2022</u>

  AND NOW, comes the Debtor, Patricia Dugan, by and through her attorney, Kenneth Steidl, and

Steidl and Steinberg, and respectfully represents as follows:

1) A Hearing on the Motion for Relief From Stay filed by PNC Bank was held on December 13, 2022.

2) At that hearing, counsel for the Debtor was instructed to reach out to the heirs of the Debtor to endeavor to determine their intentions with the Debtor's real estate.

3) Counsel immediately attempted to contact the Debtor's heirs and has not received any response.

WHEREFORE, the Debtor, Patricia Dugan, respectfully files this Status Report.

          Respectfully submitted,

| | |
|---|---|
| <u>January 6, 2022</u> | <u>/s/ Kenneth Steidl</u> |
| DATE | Kenneth Steidl, Esquire |
| | Attorney for the Debtor(s) |
| | STEIDL & STEINBERG, P.C. |
| | Suite 2830 - Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | P.A.I.D. No. 34957 |
| | ken.steidl@steidl-steinberg.com |