# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

   PATRICIA J. DUGAN | Case No.:22-20367 CMB

      Debtor(s)

Ronda J. Winnecour | Document No.:
     Movant
     vs.
No Repondents.

---

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 03/03/2022  and confirmed on 05/24/2022 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,423.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,423.00 |

Administrative Fees

| | | |
|---|---:|---:|
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 431.96 | |
|   Trustee Fee | 41.27 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 473.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 450.50 | 0.00 | 450.50 |
|     Acct: 8502 | | | | |
|   PNC BANK NA | 11,527.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 8502 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 1,721.68 | 0.00 | 0.00 | 0.00 |
|     Acct: S368 | | | | |
|   EAST ALLEGHENY SD (N VERSAILLES) (R | 15,824.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 5996 | | | | |
|   NORTH VERSAILLES TWP (RE TAX)* | 3,782.34 | 0.00 | 0.00 | 0.00 |
|     Acct: 5996 | | | | |
|   NORTH VERSAILLES TWP (TRASH) | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S368 | | | | |
|   EAST ALLEGHENY SD (N VERSAILLES) (R | 8,867.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 5996 | | | | |
|   NORTH VERSAILLES TWP (RE TAX)* | 2,232.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 5996 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 2,657.24 | 0.00 | 0.00 | 0.00 |
|     Acct: S368 | | | | |

| 22-20367 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Secured**

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| BRIDGECREST ACCEPTANCE CORP | 12,187.21 | 189.59 | 304.68 | 494.27 |
| Acct: 6702 | | | | |
| | | | | 944.77 |

**Priority**

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATRICIA J. DUGAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATRICIA J. DUGAN | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 431.96 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXXX0367 | | | | |
| | | | | 5.00 |

**Unsecured**

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5996 | | | | |
| UNITED STATES DEPARTMENT OF EDUC/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5996 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 226.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3078 | | | | |
| SANTANDER CONSUMER USA | 9,296.66 | 0.00 | 0.00 | 0.00 |
| Acct: 1471 | | | | |
| UPMC HEALTH SERVICES | 295.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5996 | | | | |
| QUANTUM3 GROUP LLC - AGENT GENES | 271.05 | 0.00 | 0.00 | 0.00 |
| Acct: 6995 | | | | |
| LVNV FUNDING LLC | 772.10 | 0.00 | 0.00 | 0.00 |
| Acct: 1921 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 582.57 | 0.00 | 0.00 | 0.00 |
| Acct: 6996 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | | | 949.77 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY                    5.00
SECURED             59,800.40
UNSECURED          11.443.38

Date: 06/07/2023                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID
#30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m